## 13404. TAYLOR v. THE STATE.

LUKE, J. There was some evidence to authorize the conviction, and the verdict has the unqualified approval of the trial judge. The only special ground of the motion for new trial is based upon newly discovered evidence, and is without merit. At best, the newly discovered evidence was hearsay and cumulative; and it did not meet the requirement that it would likely produce a different result upon another trial. It was not error to overrule the motion for a new trial.

> Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.
> DECIDED MAY 9, 1922.

Indictment for burglary; from Houston superior court — Judge Malcolm D. Jones. January 21, 1922.

*Emmett Houser,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.

---

## 13408. CHAPMAN v. THE STATE.

BLOODWORTH, J. When all the facts of the case are considered there is no error in any of the special grounds of the motion for a new trial; there is some evidence to support the verdict, which has the approval of the judge who tried the case, and this court will not interfere.

> Judgment affirmed. Broyles, C. J., and Luke, J., concur.
> DECIDED MAY 9, 1922.

Accusation of possessing liquor; from city court of Floyd county — Judge Nunnally. February 7, 1922.

*W. H. Ennis,* for plaintiff in error.

*James Maddox, solicitor,* contra.